C. A. 7th Cir. Certiorari denied. *John M. Aherne* for petitioners. *R. J. Fletcher* for respondents.

No. 427. A/S J. LUDWIG MOWINCKELS REDERI *v.* AMADOR ET AL. C. A. 2d Cir. Certiorari denied. *James M. Estabrook* and *Francis X. Byrn* for petitioner. *Philip F. Di Costanzo* and *Robert Klonsky* for Amador, respondent.

No. 428. CADILLAC PUBLISHING CO., INC. *v.* SUMMERFIELD, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* and *Arthur V. Sullivan, Jr.* for petitioner. Solicitor General *Sobeloff*, Assistant Attorney General *Burger* and *Paul A. Sweeney* for respondent.

No. 429. CENEDELLA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Sobeloff*, Assistant Attorney General *Holland* and *Joseph M. Howard* for the United States.

No. 431. MORRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Sobeloff*, Assistant Attorney General *Olney*, *Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 432. BREWER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *David H. Cannon* for petitioner. Solicitor General *Sobeloff*, Assistant Attorney General *Olney* and *Beatrice Rosenberg* for the United States.